UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SYLVIA MAYORGA, : Case No.
: 1:22-CV-00387 (AMD) (RML)
:
Plaintiff, :
:
- against - : **JOINT STATUS**
: **REPORT**
IRA GREENBERG, individually and in his official :
capacity, and THE NEW YORK STATE DIVISION OF :
HOMELAND SECURITY AND EMERGENCY :
SERVICES, :
:
Defendants. :
-------------------------------------------------------------- X

Pursuant to Magistrate Judge Robert M. Levy's directive on August 7, 2024, the Parties, by and through their respective undersigned counsels, submit this Joint Status Report as follows:

The parties have conferred and determined that sufficient discovery has been exchanged to assess mediation viability.[1] The parties have agreed that a private mediation is desirable at this time. As such, the parties respectfully request 60 days to finalize a mediation date and hold the mediation. In addition, the parties respectfully request that the remainder of the discovery schedule be stayed pending mediation.

We thank the Court for its time and attention to this matter.

Date:   New York, New York
        August 14, 2024

Respectfully submitted,

**Porter Thomas Grabell & Baumwoll, P.C.**              **Wilson Elser Moskowitz Edelman &**
*Attorneys for Defendant Ira Greenberg*                 **Dicker LLP**
                                                        *Attorneys for The New York State Division of*
                                                        *Homeland Security and Emergency Services*

By: _____                           By: _____
Arthur Porter                                           Nancy V. Wright
Matthew Grabell                                         Yusha D. Hiraman
David Baumwoll                                          150 E 42nd Street
560 Sylvan Avenue, 3rd Floor, Suite 3061                New York, New York 10017
Englewood Cliffs, New Jersey 07632                      Nancy.wright@wilsonelser.com
aporter@ptgb-law.com                                    Yusha.hiraman@wilsonelser.com
Mgrabell@ptgb-law.com                                   File No. 24603.00001
dbaumwoll@ptgb-law.com

---

[1] The parties reserve the right to request further discovery, as deemed necessary. However, at this time, the only item outstanding is an authorization for Atlantic Behavioral Health Department.

File No.

**Mark David Shirian P.C.**
*Attorneys for Sylvia Mayora*

By: _____
Mark D. Shirian
Shawn Shirian
228 East 45th Street, Suite 1700-B
New York, New York 10017
mshirian@shirianpc.com
sshirian@shirianpc.com