UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
SYLVIA MAYORGA,

                          Plaintiff,

      - against -

IRA GREENBERG, individually and in his official capacity, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES,

                        Defendants.
------------------------------------------------------------------- X

Case No.
1:22-CV-00387 (AMD) (RML)

**JOINT STATUS REPORT**

Pursuant to Magistrate Judge Robert M. Levy's directive on August 16, 2024, the Parties, by and through their respective undersigned counsels, submit this Joint Status Report as follows:

The parties attended a private mediation on October 1, 2024. At this time, the parties are in the process of obtaining the required consent from various State agencies for the potential resolution of plaintiff's claims. This process is lengthy and has caused a delay in confirming whether the parties have a settlement in principle.

As such, the parties respectfully request an additional 45 days (until on or about December 16, 2024, the first business day after the deadline) to coordinate the potential settlement terms for approval and signature. In addition, the parties respectfully request that discovery remain stayed pending this approval process.

We thank the Court for its time and attention to this matter.

Date:   New York, New York
         October 30, 2024

Respectfully submitted,

| **Porter Thomas Grabell & Baumwoll, P.C.** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| *Attorneys for Defendant Ira Greenberg* | *Attorneys for The New York State Division of Homeland Security and Emergency Services* |
| By: *Matthew Grabell* | By: *[signature]* |
| Arthur Porter | Nancy V. Wright |
| Matthew Grabell | Yusha D. Hiraman |
| David Baumwoll | 150 E 42nd Street |
| 560 Sylvan Avenue, 3rd Floor, Suite 3061 | New York, New York 10017 |

303887407v.4

<table>
<tr><td>

Englewood Cliffs, New Jersey 07632
aporter@ptgb-law.com
Mgrabell@ptgb-law.com
dbaumwoll@ptgb-law.com
File No.

</td><td>

Nancy.wright@wilsonelser.com
Yusha.hiraman@wilsonelser.com
File No. 24603.00001

</td></tr>
</table>

**Mark David Shirian P.C.**
*Attorneys for Sylvia Mayorga*

By: _____
Mark D. Shirian
Shawn Shirian
228 East 45th Street, Suite 1700-B
New York, New York 10017
mshirian@shirianpc.com
sshirian@shirianpc.com