UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

SYLVIA MAYORGA,

                Plaintiff,

- against -

IRA GREENBERG, individually and in his official capacity, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES,

                Defendants.

------------------------------------------------------------------- X

Case No. 1:22-CV-00387 (AMD) (RML)

**JOINT STATUS REPORT**

Pursuant to Magistrate Judge Robert M. Levy's directive on October 30, 2024, the Parties, by and through their respective undersigned counsels, submit this Joint Status Report as follows:

The parties can now confirm that there is a settlement in principle. The parties are in the process of executing the settlement agreement. Thereafter, the settlement agreement will be provided to the State of New York for its approval process and issuance of the settlement checks.

As such, the parties respectfully request an additional 45 days (until on or about January 30, 2025) to afford the parties time for the settlement agreement to go through the State's approval process. In addition, the parties respectfully request that discovery remain stayed pending this approval process.

We thank the Court for its time and attention to this matter.

Date:   New York, New York
        December 13, 2024

Respectfully submitted,

| | |
|---|---|
| **Porter Thomas Grabell & Baumwoll, P.C.** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| *Attorneys for Defendant Ira Greenberg* | *Attorneys for The New York State Division of Homeland Security and Emergency Services* |
| By: /s/ Matthew Grabell | By: /s/ Yusha Hiraman |
| Arthur Porter | Nancy V. Wright |
| Matthew Grabell | Yusha D. Hiraman |
| David Baumwoll | 150 E 42nd Street |
| 560 Sylvan Avenue, 3rd Floor, Suite 3061 | New York, New York 10017 |
| Englewood Cliffs, New Jersey 07632 | nancy.wright@wilsonelser.com |
| aporter@ptgb-law.com | yusha.hiraman@wilsonelser.com |
| mgrabell@ptgb-law.com | File No. 24603.00001 |

305739729v.6

dbaumwoll@ptgb-law.com
File No.

**Mark David Shirian P.C.**
*Attorneys for Sylvia Mayorga*

By: _____
Mark D. Shirian
Shawn Shirian
228 East 45th Street, Suite 1700-B
New York, New York 10017
mshirian@shirianpc.com
sshirian@shirianpc.com