

February 5, 2025

Yusha D. Hiraman
212.915.5252 (direct)
Yusha.Hiraman@wilsonelser.com

**VIA ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Sylvia Mayorga v. Ira Greenberg, et. al.*
         Docket No.: 1:22-CV-00387 (AMD) (RML)
         Our File No.:24603.00001

Dear Judge Levy:

We represent The New York State Division of Homeland Security and Emergency Management ("DHSES") in the referenced matter and respectfully write, pursuant to Your Honor's Individual Rule 2(A), with the consent of the parties' counsels.

As a part of the State of New York's approval process, the parties are required to publicly post the settlement agreement on the docket. As such, we respectfully provide the Court with the attached settlement agreement executed by the parties. In addition, as agreed among the parties, "Exhibit A" is being held in escrow pending the settlement payment.

We thank the Court for its time and attention to this matter.


Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/*

Nancy V. Wright
Yusha D. Hiraman


Encl.

307939278v.5