UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
SYLVIA MAYORGA,

                              Plaintiff,

        - against -

IRA GREENBERG, individually and in his official capacity, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES,

                              Defendants.
------------------------------------------------------------------ X

Case No. 1:22-CV-00387 (AMD) (RML)

**JOINT STATUS REPORT**

Pursuant to District Judge Ann M. Donnelly's directive on March 31, 2025, the Parties, by and through their respective undersigned counsels, submit this Joint Status Report as follows:

The parties have fully executed the settlement agreement. As of April 21, 2025, plaintiff has received two of the three settlement checks. The final settlement check is in process and should be cut shortly.

As such, the parties respectfully request an additional 21 days (until on or about May 21, 2025) to afford the parties time to file the stipulation of dismissal. In addition, the parties respectfully request that discovery remain stayed pending this approval process.

We thank the Court for its time and attention to this matter.

Date:   New York, New York
         April 24, 2025

Respectfully submitted,

| **Porter Thomas Grabell & Baumwoll, P.C.** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
|---|---|
| *Attorneys for Defendant Ira Greenberg* | *Attorneys for The New York State Division of Homeland Security and Emergency Services* |
| By: _/s/ Matthew Grabell_ | By: _____ |
|    Arthur Porter |    Nancy V. Wright |
|    Matthew Grabell |    Yusha D. Hiraman |
|    David Baumwoll |    150 E 42nd Street |
|    560 Sylvan Avenue, 3rd Floor, Suite 3061 |    New York, New York 10017 |
|    Englewood Cliffs, New Jersey 07632 |    Nancy.wright@wilsonelser.com |
|    aporter@ptgb-law.com |    Yusha.hiraman@wilsonelser.com |
|    Mgrabell@ptgb-law.com |    File No. 24603.00001 |

dbaumwoll@ptgb-law.com
File No.

**Mark David Shirian P.C.**

*Attorneys for Sylvia Mayorga*

By: _/s/ Mark D. Shirian_____
    Mark D. Shirian
    Shawn Shirian
    228 East 45th Street, Suite 1700-B
    New York, New York 10017
    mshirian@shirianpc.com
    sshirian@shirianpc.com