UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
SYLVIA MAYORGA,

                        Plaintiff,

        - against -

IRA GREENBERG, individually and in his official capacity, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES,

                       Defendants.
------------------------------------------------------------------- X

Case No. 1:22-CV-00387 (AMD) (RML)

**JOINT STATUS REPORT**

Pursuant to District Judge Ann M. Donnelly's directive on April 25, 2025, the Parties, by and through their respective undersigned counsels, submit this Joint Status Report as follows:

The parties have fully executed the settlement agreement. As of April 21, 2025, plaintiff has received two of the three settlement checks. The final settlement check will be issued shortly.

As such, the parties respectfully request an additional 21 days (until on or about June 11, 2025) to afford the parties time for plaintiff to receive the final check and file the stipulation of dismissal. In addition, the parties respectfully request that discovery remain stayed pending this process.

We thank the Court for its time and attention to this matter.

Date:   New York, New York
         May 21, 2025

Respectfully submitted,

| | |
|---|---|
| **Porter Thomas Grabell & Baumwoll, P.C.**<br>*Attorneys for Defendant Ira Greenberg* | **Wilson Elser Moskowitz Edelman & Dicker LLP**<br>*Attorneys for The New York State Division of Homeland Security and Emergency Services* |
| By: /s/ Matthew Grabell<br>    Arthur Porter<br>    Matthew Grabell<br>    David Baumwoll<br>    560 Sylvan Avenue, 3rd Floor, Suite 3061<br>    Englewood Cliffs, New Jersey 07632<br>    aporter@ptgb-law.com<br>    Mgrabell@ptgb-law.com<br>    dbaumwoll@ptgb-law.com | By: [signature]<br>    Nancy V. Wright<br>    Yusha D. Hiraman<br>    150 E 42nd Street<br>    New York, New York 10017<br>    Nancy.wright@wilsonelser.com<br>    Yusha.hiraman@wilsonelser.com<br>    File No. 24603.00001 |

File No.

**Mark David Shirian P.C.**
*Attorneys for Sylvia Mayorga*

By: \_/s/ Mark D. Shirian_____
     Mark D. Shirian
     Shawn Shirian
     228 East 45th Street, Suite 1700-B
     New York, New York 10017
     mshirian@shirianpc.com
     sshirian@shirianpc.com