UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
SYLVIA MAYORGA,

                        Plaintiff,

          - against -

IRA GREENBERG, individually and in his official capacity, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES,

                        Defendants.
------------------------------------------------------------------- X

Case No.
1:22-CV-00387 (AMD) (RML)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, SYLVIA MAYORGA, and Defendants IRA GREENBERG, and THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal WITH PREJUDICE, and without costs or fees to either party, of this action and of any and all claims, counts, and causes of action asserted by Plaintiff against Defendants, in excess of the amounts specified in the Settlement Agreement.

Dated: New York, New York
       June 9, 2025

Respectfully submitted,

| **Porter Thomas Grabell & Baumwoll, P.C.**<br>*Attorneys for Defendant Ira Greenberg* | **Wilson Elser Moskowitz Edelman & Dicker LLP**<br>*Attorneys for The New York State Division of Homeland Security and Emergency Services* |
|---|---|
| By: \_/s/ Matthew Grabell\_<br>   Arthur Porter<br>   Matthew Grabell<br>   David Baumwoll<br>   560 Sylvan Avenue, 3rd Floor, Suite 3061<br>   Englewood Cliffs, New Jersey 07632<br>   aporter@ptgb-law.com<br>   Mgrabell@ptgb-law.com | By: _[signature]_<br>   Nancy V. Wright<br>   Yusha D. Hiraman<br>   150 E 42nd Street<br>   New York, New York 10017<br>   Nancy.wright@wilsonelser.com<br>   Yusha.hiraman@wilsonelser.com<br>   File No. 24603.00001 |

    dbaumwoll@ptgb-law.com
    File No.

**Mark David Shirian P.C.**
*Attorneys for Sylvia Mayorga*

By: \_/s/ Mark D. Shirian_____
    Mark D. Shirian
    Shawn Shirian
    228 East 45th Street, Suite 1700-B
    New York, New York 10017
    mshirian@shirianpc.com
    sshirian@shirianpc.com